IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.: 7:09-CR-30-1H
No.: 7:12-CV-88-H

BRAD CORTEZ HAMILTON,               )
        Petitioner,                 )
                                    )
                                    )
        v.                          )
                                    )    **ORDER**
                                    )
UNITED STATES OF AMERICA,           )
        Respondent.                 )

This matter is before the court on petitioner's motion to vacate pursuant to 28 U.S.C. § 2255. The government filed a motion to dismiss, and petitioner filed a response and an amended response. The court finds that a reply from the government would aid the court in its decisional process. Therefore, the government is hereby given 30 days to file a reply to the amended response.

This 29$\text{th}$ day of July 2014.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26

Case 7:09-cr-00030-H   Document 69   Filed 07/29/14   Page 1 of 1