UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Brad Cortez Hamilton**         **Docket No. 7:09-CR-30-1H**

### Petition for Action on Supervised Release

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brad Cortez Hamilton, who, upon an earlier plea of guilty to 18 U.S.C. §§ 922(g)(1) and 924, Possession of a Firearm by a Felon, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on July 14, 2010, to the custody of the Bureau of Prisons for a term of 100 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Brad Cortez Hamilton was released from custody on July 28, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** This defendant has been receiving mental health services while in custody with the Bureau of Prisons. Upon release, the defendant requested to be able to attend similar services with our assistance due to depression.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,        I declare under penalty of perjury that the foregoing is true and correct.


/s/ Eddie J. Smith  
Eddie J. Smith  
Supervising U.S. Probation Officer

/s/ Mark Culp  
Mark Culp  
U.S. Probation Officer  
310 Dick Street  
Fayetteville, NC 28301-5730  
Phone: 910-354-2543  
Executed On: August 02, 2016

### ORDER OF THE COURT

Considered and ordered this __3rd__ day of __August__ , 2016, and ordered filed and made a part of the records in the above case.

_____  
Malcolm J. Howard  
Senior U.S. District Judge